**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1821**

VICTOR BERNARD PERKINS,

Plaintiff - Appellant,

v.

JOHN ASHCROFT; ERIC H. HOLDER, JR.; LORETTA LYNCH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:18-ct-03014-D)

Submitted: September 18, 2018                    Decided: September 20, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor Bernard Perkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Bernard Perkins appeals the district court's order and judgment dismissing his complaint as frivolous under 28 U.S.C. § 1915(e)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm. *Perkins v. Ashcroft*, No. 5:18-ct-03014-D (E.D.N.C. July 11, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*